In the Matter of Michael J. Egan.— Reference ordered to official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of Michael O. Rini.— Reference ordered to official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of Pasquale Papa, Respondent, v. Michael O. Rini, Appellant. In the Matter of Pasquale Papa, Respondent, v. Michael O. Rini, Appellant.—Motions denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Davis, JJ.

L. Meisel & Company, Respondent, v. National Jewelers Board of Trade, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Maurice Bamberger, as Trustee, Appellant, Respondent, v. Jacob A. Cantor and Another, Respondents, Appellants, Impleaded with Edwin Wolf and Others, Composing the Firm, etc., Appellants, Respondents.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Kate F. Hanley, Respondent, v. James Butler, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Fritz Holzrichter, Respondent, v. Everly Davis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

John T. Loew, Appellant, v. Albert D. Gillespie, Respondent.— Determination and judgment affirmed, with costs on opinion of Lehman, J. (Reported in 90 Misc. Rep. 616.) Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.; Page, J., dissented.

Daniel J. Leary, Appellant, v. Frederick Geller, as Executor, etc., Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

Isaac Nechamkin, an Infant, etc., Respondent, v. John H. Wiemers, Inc., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.